UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 09-360 |
| | : | Hon. Dennis M. Cavanaugh |
| v. | : | |
| ANGELO COLON, | : | |
| a/k/a "Big Bro," | : | |
| HAVEN ABDULLAH, | : | COMPLEX CASE ORDER |
| a/k/a "Ib," | : | |
| RASHAWN BRUCE, | : | |
| a/k/a "SB," | : | |
| GREGORY SHANNON, | : | |
| a/k/a "G," | : | |
| DAVID WOOTEN, | : | |
| a/k/a "Buddah," | : | |
| a/k/a "Knoc," | : | |
| ROY BRADY, and | : | |
| MARCUS CLARK, | : | |
| a/k/a "Holla," | : | |

      This matter having been opened to the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Robert Frazer, Assistant U.S. Attorney, appearing), and defendants Angelo Colon (Kevin Carlucci, Esq., AFPD, appearing), Haven Abdullah (Michele Adubato, Esq., appearing), Rashawn Bruce (Paulette Pitt, Esq., appearing), Gregory Shannon (Richard Verde, Esq., appearing), David Wooten (Peter Willis, Esq., appearing), Roy Brady (Michael Robbins, Esq., appearing), and Marcus Clark (Gary Mizzone, Esq., appearing, good cause having been shown and counsel for the defendants having consented, the Court makes the following findings:

1. This case is sufficiently complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, Section 3161; and

2. The ends of justice served by a continuance of the trial date in this matter until November 5, 2009 outweigh the interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 18 day of June, 2009

ORDERED that:

the trial date in this matter is continued until November 5, 2009, and that the period of time from June 12, 2009 through November 5, 2009 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (h)(8)(B)(ii), and (h)(8)(B)(iv); and it is further

ORDERED that:

1. Defendants shall file pretrial motions on or before **September 14, 2009**;

2. The Government shall respond to such motions on or before **October 5, 2009**;

3. The return date for pretrial motions shall be **October 20, 2009**; and

5. Trial shall commence on **November 5, 2009** at 10:00 a.m.

_____
HON. DENNIS M. CAVANAUGH
United States District Judge

2